IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-33-F1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| ZACHARY GORE ) | |

At the direction of the Court, and for the continued efficient administration of justice, this case is reassigned to the Honorable Louise Wood Flanagan, United States District Judge, for all further proceedings. **All future documents should reflect the revised case number of 7:10-CR-33-FL-1.**

SO ORDERED. This the 27th day of July, 2021.

/s/ Peter A. Moore, Jr.
Clerk of Court